954

No. 498. NEWARK STEREOTYPERS' UNION NO. 18 v. NEWARK MORNING LEDGER CO. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. *William R. Meagher* and *Thomas L. Morrissey* for petitioner. *Bernard G. Segal, Samuel D. Slade,* and *Donald A. Robinson* for respondents. .

No. 314, Misc. PRUETT v. MISSOURI. Sup. Ct. Mo. Certiorari denied. *Irl B. Baris* for petitioner. *Norman H. Anderson,* Attorney General of Missouri, and *Walter W. Nowotny, Jr.,* Assistant Attorney General, for respondent. 

No. 443, Misc. PHILLIPS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. *John A. Gose* for petitioner. 

No. 475, Misc. BENSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Thomas M. Tuggle,* Assistant Attorney General, for respondent.

No. 581, Misc. MARSH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 585, Misc. SALDANA v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 586, Misc. TYNAN v. EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 639, Misc. FIERRO v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.